UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RANDALL K. VENZIE, | : | |
| Petitioner, | : | Civil Action No. 11-7404 (RBK) |
| v. | : | **O R D E R** |
| MEG A. YATAURO et al., | : | |
| Respondents. | : | |

For the reasons detailed in the Opinion filed herewith,

IT IS on this    5th    day of    March   , 2013,

ORDERED that the Petition, as re-pled, is dismissed with prejudice; and it is further

ORDERED that no certificate of appealability shall issue; and it is further

ORDERED that the Clerk shall serve this Order and Opinion filed herewith upon Respondents by means of electronic delivery and upon Petitioner by regular U.S. mail; and it is finally

ORDERED that the Clerk shall close the file on this matter.

 s/Robert B. Kugler
**ROBERT B. KUGLER,**
**United States District Judge**